DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SCHMEKA LYONS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3397

[January 16, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 98-8419CF10A.

Kenneth D. Padowitz, Fort Lauderdale, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and FORST, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***